FILED
Mar 26 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ RC   DEPUTY

ORDERED UNSEALED on 05/09/2024  s/ melodyqui

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '24 CR0617 AJB |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Title 18, U.S.C., Sec. 922(a)(1)(a) – Dealing in Firearms Without a License; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 18, U.S.C., Sec. 924(k)(2)(A) – Conspiracy to Export Firearms with the Intent to Promote Drug Trafficking; Title 18, U.S.C., Secs. 1956(h), 1956(a)(1)(A)(i) and (a)(1)(B)(i) – Conspiracy to Launder Money; Title 18, U.S.C., Sec. 922(x) – Sale, Delivery, or Transfer of Handgun to Juvenile; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Secs. 924(d) and 982, and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |
| ALEXANDER MCCOLE (1), aka "Chocooflannn," ADRIAN PEREZ (2), aka "AP2Cold," aka "apthacoldest," aka "selfmademeds," DANIRAH CABEZUELA (3), Defendants. | |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury and continuing up to the date of this Indictment, within the Southern District of California, and elsewhere, defendants ALEXANDER MCCOLE, aka "Chocooflannn," ADRIAN

PEBE:nlv:San Diego:3/26/24

PEREZ, aka "AP2Cold," aka "apthacoldest," aka "selfmademeds," and DANIRAH CABEZUELA, who were not licensed importers, manufacturers, and dealers, knowingly and willfully engaged in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

## Count 2

Beginning on a date unknown to the grand jury and continuing up to the date of this Indictment, within the Southern District of California, and elsewhere, defendant ALEXANDER MCCOLE, aka "Chocooflannn," did knowingly and intentionally conspire with other persons known and unknown to the grand jury to smuggle and knowingly take out of the United States firearms and ammunition with intent to engage in or to promote conduct that would be punishable under the Controlled Substances Import and Export Act if the conduct had occurred within the United States; in violation of Title 18, United States Code, Section 924(k)(2)(A).

## Count 3

Beginning on a date unknown to the grand jury and continuing to the date of this Indictment, within the Southern District of California, and elsewhere, defendants ALEXANDER MCCOLE, aka "Chocooflannn," and DANIRAH CANEZUELA, did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury, to conduct and attempt to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, dealing in firearms without a license punishable under Title 18, United States Code, Section 922(a)(1)(A).

     a.   with the intent to promote the carrying on of such specified unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

     b.   knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and while conducting and attempting to conduct such financial transactions knew the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

Count 4

On or about November 25, 2022, within the Southern District of California, defendant ADRIAN PEREZ, aka "AP2Cold," aka "apthacoldest," aka "selfmademeds," did sell, deliver, and otherwise transfer a handgun to a person he knew and had reasonable cause to believe was a juvenile; all in violation of Title 18, United States Code, Section 922(x).

FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 through 3 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853(a)(1) and 853(a)(2), Title 18, United States Code, Sections 924(d) and 982(a)(1), and Title 28, United States Code, Section 2461(c).

//
//
//

1 | Upon conviction of one and more of the offenses alleged in Counts 1
2 | through 3 of this Indictment, defendants ALEXANDER MCCOLE,
3 | aka "Chocooflannn," ADRIAN PEREZ, aka "AP2Cold," aka "apthacoldest,"
4 | aka "selfmademeds," and DANIRAH CABEZUELA shall forfeit to the United
5 | States, pursuant to Title 18, United States Code, Section 924(d), and
6 | Title 28, United States Code, Section 2461(c), all firearms and
7 | ammunition involved in the commission of the offenses.
8 | Upon conviction of the offense alleged in Count 3 of this
9 | Indictment, defendants ALEXANDER MCCOLE, aka "Chocooflannn," and DANIRAH
10 | CANEZUELA, shall forfeit to the United States, pursuant to Title 18,
11 | United States Code, section 982(a)(1), all property involved in the
12 | offense and all property traceable to such property.
13 | If any of the above-described forfeitable property, as a result of
14 | any act or omission of the defendants:
15 | (a) cannot be located upon the exercise of due diligence;
16 | (b) has been transferred or sold to, or deposited with, a
17 | third party;
18 | (c) has been placed beyond the jurisdiction of the Court;
19 | (d) has been substantially diminished in value; or
20 | (e) has been commingled with other property which cannot be
21 | subdivided without difficulty;
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), Title 18, United States Code, Section 982(b), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d) and 982, and Title 28, United States Code, Section 2461(c).

DATED: March 26, 2024.

A TRUE BILL:

TARA K. McGRATH
United States Attorney

By: *(signature)*
PAUL E. BENJAMIN
Assistant U.S. Attorney